NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARLOS A. DIAZ-LABOY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5072

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-751, Judge Lawrence J. Block.

---

**ON MOTION**

---

**ORDER**

Carlos A. Diaz-Laboy moves to amend his name in the caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to amend the official caption is granted. The revised official caption is reflected above.

CARLOS DIAZ-LABOY v. US                                            2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21